UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LIZBET MORAN
               Plaintiff                          AFFIRMATION
                                                  OF SERVICE

V.

STARWOOD HOTELS AND
RESORTS WORLDWIDE, INC. AND           CASE NUMBER: 08 CIV 4398
STARWOOD HOTELS & RESORTS
MANAGEMENT COMPANY, INC.
               Defendant(s)
------------------------------------------------X

      STEVEN J. MASEF, ESQ., an attorney duly admitted to practice in the Southern District and State of New York, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in the County of Queens, State of New York.

      On May 12, 2008, at 12:13 pm your affirmant served the within SUMMONS AND COMPLAINT on Defendant STARWOOD HOTELS AND RESORTS WORLDWIDE, INC. by personal service upon its agent duly authorized to accept service in the State of New York, same being CT, Corporation System, 111 Eighth Avenue, New York, NY, (13th floor). The name of the person accepting was Sabrina Ambrose, Process Specialist.

                                                                               Affirmed on May 12, 2008

                                                                               _____
                                                                               STEVEN J. MASEF, ESQ.
                                                                               118-18 Union Turnpike
                                                                               Kew Gardens, NY 11415
                                                                               (718) 575-2925