UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LIZBET MORAN,

                                      Plaintiff,

                v.

STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC. AND STARWOOD HOTELS &
RESORTS MANAGEMENT COMPANY, INC.

                                   Defendant(s).

------------------------------------------------------------------x

Civil Case No.:
08-CIV-4398

**RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Fed. R. Civ. P. 7.1, Defendants state as follows:

       Starwood Hotels & Resorts Management Company, Inc. is a wholly-owned subsidiary of Starwood Hotels & Resorts Worldwide, Inc., which is a publicly traded company (symbol HOT).

Dated: New York, New York
           June 9, 2008

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS, PA


/s/ David E. Cassidy
David E. Cassidy, Esq. (DC-4532)
875 Third Avenue, 18th Floor
New York, New York 10022
Telephone: 212-808-0700
Attorneys for Defendants

To:
Steven J. Maseff, Esq.
118-18 Union Turnpike
Kew Gardens, NY 11415
Attorney for Plaintiff