```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LIZBET MORAN,

                        Plaintiff,

     v.

STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC. AND STARWOOD HOTELS &
RESORTS MANAGEMENT COMPANY, INC.

                        Defendants.
-------------------------------------------------------------x

Civil Case No.:
08-CIV-04398 (SHS)

STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE MOVE

It is hereby stipulated by and between Plaintiff, Lizbet Moran, and Defendants, Starwood Hotels and Resorts Worldwide, Inc. and Starwood Hotels & Resorts Management Company, Inc., (collectively "Defendants") acting by their respective counsel, that the prescribed period of time within which Defendants may answer or otherwise move with respect to the Complaint is hereby extended from June 2, 2008 to June 10, 2008.

STEVEN J. MASEF, ESQ.

_____
Steven J. Masef, Esq. (SM-6693)
Attorney for Plaintiff
118-18 Union Turnpike
Kew Gardens, NY 11415
(718) 575-2925
Dated: June 9, 2008

NORRIS, McLAUGHLIN & MARCUS, PA

_Da___ E Cassidy_
David E. Cassidy, Esq. (DC-4532)
Attorneys for Defendants
875 Third Avenue, 18th Floor
New York, New York 10022
(212) 808-0700
Dated: June 9, 2008

SO ORDERED, 6/10/08

_____
USDJ.