UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIZBET MORAN,

                      Plaintiff,

       v.

STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC. AND STARWOOD HOTELS &
RESORTS MANAGEMENT COMPANY, INC.



                   Defendant(s).
-----------------------------------------------------------------X

Civil Case No.:
08-CIV-4398 (SHS)


**CERTIFICATION OF SERVICE**

    I, **MELISSA A. PENA,** hereby certify and affirm that I caused a true and correct copy of

Defendants' Rule 7.1 Disclosure Statement to be served via ECF on June 9, 2008 on counsel for

plaintiff.  I further certify that I caused true and accurate copies of Defendants' Rule 7.1

Disclosure Statement to be served via First Class Mail and Certified Mail, R.R.R., on this 10th

day of June, 2008, upon the following:

        Steven Masef, Esq.
        118-18 Union Turnpike
        Kew Gardens, NY  11415
        Attorney for Plaintiff


Dated: New York, New York
      June 10, 2008

                 NORRIS, McLAUGHLIN & MARCUS PA


                  /s/ Melissa A. Peña
                  Melissa A. Peña, Esq. (MP-3320)
                  875 Third Avenue, 18th Floor
                  New York, New York 10022
                  Telephone:  212-808-0700
                  Attorney for Defendants