UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIZBET MORAN,

                                Plaintiff,
v.

STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC. AND STARWOOD HOTELS &
RESORTS MANAGEMENT COMPANY, INC.


                               Defendant(s).
-----------------------------------------------------------------X

Civil Case No.:
08-CIV-4398 (SHS)

**CERTIFICATION OF SERVICE**

I, **MELISSA A. PENA,** hereby certify and affirm that I caused true and correct copies of Defendants' Answer with Separate Defenses to be served via ECF, First Class Mail and Certified Mail, R.R.R., on this 10th day of June, 2008, upon the following:

        Steven Masef, Esq.
        118-18 Union Turnpike
        Kew Gardens, NY  11415
        Attorney for Plaintiff

Dated: New York, New York
       June 10, 2008

                               NORRIS, McLAUGHLIN & MARCUS PA

                               /s/ Melissa A. Peña
                               Melissa A. Peña, Esq. (MP-3320)
                               875 Third Avenue, 18th Floor
                               New York, New York 10022
                               Telephone:  212-808-0700
                               Attorney for Defendants