UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LIZBET MORAN,  :  08 Civ. 4398 (SHS)

          Plaintiff,  :

    -against-  :  <u>ORDER</u>

STARWOOD HOTELS AND RESORTS  :
WORLDWIDE INC., *ET ANO*,
           :
          Defendants.
------------------------------------------------------------x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/25/08]

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff shall serve and file an amended complaint on or before August 8, 2008;

    2.    Defendants shall answer or move with respect to the amended complaint on or before August 22, 2008;

    3.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before August 25, 2008;

    4    There will be a pretrial conference on October 10, 2008, at 10:00 a.m.; and

    5.    The last day for completion of fact discovery is December 26, 2008.

Dated: New York, New York
       July 25, 2008

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.