UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                                    Plaintiff,

            -against-                                        ____CIVIL_____(   )

                                  Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: David E. Cassidy

☐   *Attorney*

     ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DEC/4532 or DC/4532

     ☐   I am a Pro Hac Vice attorney

     ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: Sedgwick, Detert, Moran & Arnold, LLP

    To:   Norris, McLaughlin & Marcus, P.A.

     ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:*   721 Route 202-206 North, Bridgewater, New Jersey

☐   *Telephone Number:*   908-722-0700

☐   *Fax Number:*   908-722-0755

☐   *E-Mail Address:*   decassidy@nmmlaw.com

Dated: 7/30/08