



August 21, 2008

**VIA FACSIMILE & REGULAR MAIL**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007-1312

MEMO ENDORSED

Re: Lizbet Moran v. Starwod Hotels and Resorts, et al.
Case No. 08-CIV-04398 (SHS)

Dear Judge Stein:

This firm represents defendants Starwood Hotels & Resorts Worldwide, Inc. and Starwood Hotels & Resorts Management Company, Inc. in the above-referenced case. Pursuant to Your Honor's July 25, 2008 Order, defendants are to file their Answer to Plaintiff's Amended Complaint on or before August 22, 2008.

The parties have reached a tentative settlement, subject to the drafting and approval of a written agreement. Pursuant to my telephone conversation with your law clerk this afternoon, I would respectfully request a brief extension of time for defendants to file their Answer, which will allow the appropriate stipulation of dismissal to be filed with the Court.

*Defendants' time to file their answer is extended to 9/5/08.*

SO ORDERED 8/21/08

/s/ SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS

KEYA C. DENNER

KCD/cr
cc: Steven J. Masef, Esq.

NJ: 721 Route 202 - 206 Bridgewater, NJ 08807 • Mailing: P.O. Box 1018 Somerville, NJ 08876-1018 • P: (908) 722-0700 • F: (908) 722-0755
NY: 875 Third Avenue, 18th Floor New York, NY 10022 • P: (212) 808-0700 • F: (212) 808-0344
www.nmmlaw.com  E: info@nmmlaw.com

