

# Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW



RECEIVED AUG 2 6 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

August 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/8

<u>VIA FACSIMILE & REGULAR MAIL</u>

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007-1312

MEMO ENDORSED

    Re:    Lizbet Moran v. Starwod Hotels and Resorts, et al.
           Case No. 08-CIV-04398 (SHS)

Dear Judge Stein:

    This firm represents defendants Starwood Hotels & Resorts Worldwide, Inc. and Starwood Hotels & Resorts Management Company, Inc. in the above-referenced case. Pursuant to Your Honor's July 25, 2008 Order, defendants are to file their Answer to Plaintiff's Amended Complaint on or before August 22, 2008.

    The parties have reached a tentative settlement, subject to the drafting and approval of a written agreement. Pursuant to my telephone conversation with your law clerk this afternoon, I would respectfully request a brief extension of time for defendants to file their Answer, which will allow the appropriate stipulation of dismissal to be filed with the Court.

                                                               Respectfully submitted,

                                                              NORRIS, McLAUGHLIN & MARCUS

                                                              KEYA C. DENNER

*[Handwritten memo endorsement:] 9/1/08 Last day for defendant to respond to the complaint is Sept 19; pre trial won [?] remains at [?] Unless a stip of discontinuance is filed before then, so ordered. [signature] USDJ 9/2*

KCD/cr
cc:    Steven J. Masef, Esq.

NJ: 721 Route 202 - 206 Bridgewater, NJ 08807 • Mailing: P.O. Box 1018 Somerville, NJ 08876-1018 • P: (908) 722-0700 • F: (908) 722-0755

NY: [illegible] Third Avenue, 15th Floor, New York, NY 10022 • P: (212) 808-0700 • F: (212) 808-0844